**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                    Case No. **10-13829-RAM**
                                                          Chapter 13

**JOHN H. GRAHAM SR.**
**MARY ANN GRAHAM**
_____ Debtors  /

**OBJECTION TO CLAIM**

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court:

☑ 51 S.W. First Ave., Room 1517, Miami, FL 33130

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtors object to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 1-1 | Wells Fargo Financial National Bank | $2,346.99 | On or about February 24, 2010 this creditor filed a proof of claim in the amount of $2,346.99. The Debtor objects to the proof of claim as they have informed our office that the merchandise is damage therefore Debtor 's surrenderer and abandons all interest  in the collateral. Therefore, this claim should be stricken and disallowed. |

LF-24 (rev. 02/15/05)

**I HEREBY CERTIFY** that a true copy of the foregoing was provided via CM/ECF and regular mail this July 12, 2010, to: WELS FARGO FINANCIAL NATIONAL BANK/ EL DORADO 4137 121st ST. URBANDALE, IA 50323; Nancy Herkert, Trustee, P.O. Box 279806, Miramar, FL 33027.

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**Robert Sanchez, P.A.**
Attorney for Debtor
900 W 49th Street, Suite 500
Hialeah, FL 33012
Telephone: 305-687-8008
Facsimile: 305-512-9701

By: /s/ Robert Sanchez
     Robert Sanchez, Esq., FBN#0442161