

ORDERED in the Southern District of Florida on August 19, 2010.

Robert A. Mark, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:  
JOHN HENRY AND MARY ANN GRAHAM,  
    Debtors.  
_____/

Case No. 10-13829-RAM  
Chapter 13

### ORDER ON OBJECTION TO CLAIM OF WELLS FARGO (CLAIM #1)

**THIS MATTER** having come upon on this 17th day of August 2010 on Debtors' Objection to Claim of Wells Fargo (CLAIM #1) and the Judge having been fully advised on the premises, IT IS;

**ORDERED AND ADJUDGED:**

1. That the Objection to the claim of WELLS FARGO (Claim #1) is Sustained.

2. That the claim of WELLS FARGO (Claim #1) is Stricken and Disallowed.

# # #

This order prepared by:
Robert Sanchez, Esq.
900 W 49th St., Suite 500
Hialeah, FL 33012
Tel. 305-687-8008

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.