UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                  Case No. 10-13829-RAM
JOHN HENRY AND MARY ANN GRAHAM,           Chapter 13
_____Debtors_____/

## OBJECTION TO CLAIM

### IMPORTANT NOTICE TO CREDITORS:
### THIS IS AN OBJECTION TO YOUR CLAIM

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court:

☐    51 SW 1st Ave, #1406, Miami, FL 33130.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtors object to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 16-1 | Beneficial Florida, Inc. | $130,793.83 | On or about July 28, 2010 this creditor filed a secured proof of claim in the amount of $130,793.83 which includes $6,259.41 in arrears. The debtors are paying this creditor directly outside the plan. Therefore, this claim should be stricken. |

LF-24 (rev. 02/15/05)

I HEREBY CERTIFY that a true copy of the foregoing was mailed via certified mail this 6th day of March 2012 to: Beneficial Florida, Inc, P.O. Box 829009, Dallas, TX 75382-9009, Beneficial Florida, Inc., c/o CT Corporation System, R.A., 1200 S Pine Island Rd, Plantation. FL 33324, Beneficial Florida, Inc., HSBC Finance Corporation, c/o Niall Booker, CEO, 26525 N Riverwoods Blvd, Mettawa, IL 60045.
.

## CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**Robert Sanchez, P.A.**
Attorney for Debtor
900 W 49th St, Ste 500
Hialeah, FL 33012
Tel. 305-687-8008
Fax. 305-512-9701

By: /s/ Robert Sanchez_____
    [X]Robert Sanchez, Esq., FBN#0442161

LF-24 (rev. 02/15/05)