

ORDERED in the Southern District of Florida on April 12, 2012.

_____
Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No. 10-13829-RAM |
| JOHN HENRY AND MARY ANN GRAHAM, | Chapter 13 |
| Debtors. | |
| _____/ | |

### ORDER SUSTAINING OBJECTION TO CLAIM OF BENEFICIAL FLORIDA, INC (CLAIM #16-1)

**THIS MATTER** having come upon by negative notice, upon Debtors' Objection to Claim of Beneficial Florida, Inc (claim#16-1) and the Judge having reviewed the file

IT IS;

**ORDERED AND ADJUDGED:**

1. That the claim of Beneficial Florida, Inc (claim #16-1) is SUSTAINED.

2. That the claim of Beneficial Florida, Inc (claim#16-1) is STRICKEN.

# # #

This order prepared by:
Robert Sanchez, Esq.
900 W 49th St., Suite 500
Hialeah, FL  33012
Tel. 305-687-8008

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.